**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LARRY D. CECIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1379-G** |
| | ) | |
| **KELLY DAVIS, Warden,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Plaintiff Larry D. Cecil, a state prisoner appearing pro se, initiated this civil action on June 8, 2026. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

Currently pending before the Court is Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). On June 18, 2026, Judge Mitchell issued a Report and Recommendation ("R. & R.," Doc. No. 7), recommending that Plaintiff's Application be denied due to Plaintiff being in possession of sufficient funds to pay the $405.00 filing fee. *See id.* at 1-2; *see also* Pl.'s Appl. at 3-4 (prison official certifying that Plaintiff has $996.47 in his facility savings account). In the R. & R., Judge Mitchell advised Plaintiff of his right to object by July 9, 2026. *See id.* at 2. Judge Mitchell further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R. *See id.*

Plaintiff did not object to the R. & R. but has filed a Motion (Doc. No. 9) requesting an extension of time to pay the filing fee because, depending on the disposition of his

pending request to change venue, *see* Doc. No. 8, "the next court . . . may request something else," Pl.'s Mot. at 1. Plaintiff's request for more time on the basis that a different court may "request something else" from him fails to show any error in Judge Mitchell's finding that Plaintiff possesses sufficient funds to pay the filing fee or the recommendation that Plaintiff be denied leave to proceed *in forma pauperis* in this matter. *See Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008) ("[A]n application to proceed *in forma pauperis* should be evaluated in light of the applicant's present financial status.").

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is DENIED.

Plaintiff's Motion for an Extension of Time (Doc. No. 9) is GRANTED insofar as Plaintiff must pay the $405.00 filing fee within twenty-one (21) days of the date of this Order.[1] Plaintiff is advised that unless he timely pays the $405.00 filing fee in full to the Clerk of the Court, or shows good cause for his failure to do, this action shall be subject to dismissal without prejudice. *See* LCvR 3.3(e).

IT IS SO ORDERED this 21st day of August, 2026.

CHARLES B. GOODWIN
United States District Judge

[1] The relevant *in forma pauperis* standards and filing fee requirement apply regardless of venue. *See* 28 U.S.C. §§ 1914, 1915.