**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LARRY D. CECIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1379-G** |
| | ) | |
| **KELLY DAVIS, Warden,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Plaintiff Larry D. Cecil filed this civil action and applied for leave to proceed *in forma pauperis*. On August 21, 2026, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* and advised Plaintiff that unless he paid the entire $405.00 civil filing fee in full to the Clerk of the Court on or before September 11, 2026, or showed good cause for his failure to do so, this action was subject to dismissal without prejudice. *See* Order of Aug. 21, 2026 (Doc. No. 10).

As of this date, Plaintiff has submitted only $5.00 of the filing fee. *See* Doc. No. 11. Plaintiff has not shown good cause for his failure to pay the remaining balance due, requested additional time to do so, or otherwise been in contact with the Court.

Plaintiff has had "ample time" to ensure compliance but has instead chosen to disregard the Court's Order. *Soeken v. Estep*, 270 F. App'x 734, 736 (10th Cir. 2008). Further, "[a] district court possesses broad discretion in determining whether to dismiss a petition without prejudice for failing to comply with court orders." *Id.* at 735-36; *see also* *Thornton v. Estep*, 209 F. App'x 755, 756-57 (10th Cir. 2006); *Adams v. Wiley*, 298 F.

App'x 767, 768-69 (10th Cir. 2008). Accordingly, dismissal of this matter is warranted. *See* LCvR 3.3(e) (prescribing that if an *in forma pauperis* application is denied, the litigant's "[f]ailure to pay the filing fees by the date specified, to seek a timely extension within which to make the payment, or to show cause in writing by the date specified for payment" "shall be cause for dismissal of the action without prejudice to refiling"); *Sears v. Dist. Att'y*, No. CIV-17-1195-HE, 2017 WL 7669372 (W.D. Okla. Dec. 28, 2017) (R. & R.), *adopted*, 2018 WL 837607 (W.D. Okla. Feb. 12, 2018).

CONCLUSION

For the foregoing reasons, the Complaint (Doc. No. 1) in this matter is DISMISSED without prejudice. Plaintiff's Motion (Doc. No. 8) is DENIED AS MOOT.

A separate judgment shall be entered.

IT IS SO ORDERED this 29th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge